IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| R.C. by his next friend, the ALABAMA DISABILITIES ADVOCACY, PROGRAM, on behalf of himself and those similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION 2:88cv1170-ID [WO] |
| PAGE WALLEY, as Commissioner of the Alabama Department of Human Resources, | ) ) ) ) | |
| Defendant. | ) | |

**<u>FINAL JUDGMENT</u>**

In accordance with the Memorandum Opinion and Order entered this same date, it is CONSIDERED, ORDERED and ADJUDGED that final judgment be and the same is hereby ENTERED in favor of Defendant and against Plaintiffs.

Done this 16th day of January, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE