IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| R.C. by his next friend, the ALABAMA DISABILITIES ADVOCACY, PROGRAM, on behalf of himself and those similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION 2:88cv1170-ID [WO] |
| PAGE WALLEY, as Commissioner of the Alabama Department of Human Resources, | ) ) ) ) | |
| Defendant. | ) | |

**ORDER**

Upon CONSIDERATION of Plaintiffs' motion for attorneys' fees and costs (Doc. No. 851), it is ORDERED that Defendant show cause, if any there be, on or before February 20, 2007, why said motion should not be granted.

It is further CONSIDERED and ORDERED that Plaintiffs' motion to correct and motion to substitute (Doc. Nos. 866-67) be and the same are hereby GRANTED.

Done this 6th day of February, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE